

FILED

9/16/2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ danielles        DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

THOMAS FIRMIN

     Defendant.

CASE NO. 13CR2590-CAB

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;  ·

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal with prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:_ 8 USC 1324(A)(1)(A)(ii) and (v)(II)._

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: SEPTEMBER 16, 20/14

                   _____

                   RUBEN B. BROOKS
                   UNITED STATES MAGISTRATE JUDGE

          ENTERED ON _____